No. 02–5361. AMADOR-MUNIZ *v.* UNITED STATES; BARRERA-MUNOZ *v.* UNITED STATES; DEL VAL PAYAN *v.* UNITED STATES; MUNOZ-CASTILLO *v.* UNITED STATES; RENE PEREZ *v.* UNITED STATES; SOLORIO-SANCHEZ *v.* UNITED STATES; and VENCES-

JAIMES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 389 (second and third judgments) and 390 (first, fourth, fifth, sixth, and seventh judgments).